IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN S. LOEFFLER,<br><br>    Defendant. | 8:15CR94<br><br>ORDER |

  This matter comes before the Court upon the United States' Motion for Dismissal of the Indictment. (Filing No. 1). The Indictment is hereby dismissed.

  DATED this 13th day of May, 2015.

              BY THE COURT:

              s/ Joseph F. Bataillon
              Senior United States District Judge